**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAMES BARNES                                                                                    PLAINTIFF

VS.                             CASE NO. 4:16CV00750 JLH

MARNIE OLDNER; KEVIN COMPTON;
STONE BANCSHARES, INC.;
J.T. COMPTON; NICK ROACH;
and DAVID DUNLAP                                                                            DEFENDANTS

**DEFENDANT COMPTON'S MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT**

COMES, Defendant J. T. Compton, by and through his attorney Richard C. Downing, and for his Motion to Dismiss states:

1. Pursuant to FRCP Rule 12(b)(6), Plaintiff's Amended Complaint, Count 1, fails to state facts upon which relief can be granted and must be dismissed.

2. Upon granting this motion as to Plaintiff's Complaint Count 1, the Court, per 28 U.S.C.A. §1367 (c), must decline jurisdiction and dismiss Plaintiff's Amended Complaint Counts 2-5 per FRCP Rule 12(b)(1).

Wherefore, Defendant J. T. Compton respectfully prays that Plaintiff's Amended Complaint be dismissed, as to Count 1, and decline jurisdiction as to Counts 2-5 to Plaintiff's Amended Complaint.

/s/Richard C. Downing_____
Richard C. Downing, Bar No. 74038
James House & Downing, P.A.
Post Office Box 3585
801 West Third Street
Little Rock, Arkansas 72203-3585
(501) 372-6555 – Telephone
(501) 372-6333 – Facsimile
rcdowing@jamesandhouse.com

## CERTIFICATE OF SERVICE

   I, Richard C. Downing, do hereby certify that a copy of the foregoing pleading has been served upon the following counsel of record by U.S. First Class Mail and/or electronic mail on the 5th day of January, 2017:

| | |
|---|---|
| James H. Penick, III<br>EICHENBAUM LILES P.A.<br>124 West Capitol, Suite 1400<br>Little Rock, Arkansas 72201<br>(501) 376-4531 – Telephone<br>(501) 376-8433 – Facsimile<br>jpenick@elhlaw.com | John E. Pruniski, III<br>Hilburn Calhoon Harper Pruniski &<br>Calhoun LTD.<br>1 Riverfront Place, Suite 850<br>North Little Rock, Arkansas 72114<br>(501) 372-0110 – Telephone<br>(501) 372-2029 – Facsimile<br>jpruniski@hilburnlawfirm.com |

                                               /s/Richard C. Downing_____
                                               Richard C. Downing